UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §    Case No. 11-19063-SPS
                                          §
NAJAT B. JOSEPH                           §
                                          §
                                          §
                                          §
                    Debtor(s)             §

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 02/08/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/29/2012            By:   /s/ David P. Leibowitz
                                           (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-19063-SPS |
| | § | |
| NAJAT B. JOSEPH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,100.00
*and approved disbursements of* $13.66
*leaving a balance on hand of[1]:* $4,086.34

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,086.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,025.00 | $0.00 | $1,025.00 |
| David P. Leibowitz, Trustee Expenses | $22.38 | $0.00 | $22.38 |

Total to be paid for chapter 7 administrative expenses: $1,047.38
Remaining balance: $3,038.96

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|              |              | Remaining balance: | $3,038.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|              | Total to be paid to priority claims: | $0.00     |
|              | Remaining balance:                   | $3,038.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,544.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Asset Acceptance, LLC assignee MARYLAND NB | $23,796.31 | $0.00 | $1,278.91 |
| 2 | Chase Bank USA, N.A. | $20,637.73 | $0.00 | $1,109.16 |
| 3 | B-Line, LLC | $12,110.95 | $0.00 | $650.89 |

|              | Total to be paid to timely general unsecured claims: | $3,038.96 |
|              | Remaining balance:                                    | $0.00     |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|              | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|              | Remaining balance:                                          | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 11-19063-SPS
Najat B. Joseph                                                Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vwalker           Page 1 of 2           Date Rcvd: Jan 31, 2012
                              Form ID: pdf006         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2012.
db          #+Najat B. Joseph,   10107 Old Orchard Court, Apt. # 1B,   Skokie, IL 60076-1041
17229474     +Capital One,   3905 N. Dallas Pkwy,   Plano, TX 75093-7892
17229475     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17565213      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17229476     +Pinnacle Credit Servic,   7900 Highway 7 # 100,   Saint Louis Park, MN 55426-4045
17229477     +Pnc Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
17229478      Rory Clark,   5743 Corsa Ave,   Suite 215,   Thousand Oaks, CA 91362-6467

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17229471     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 01 2012 03:09:58      Asset Acceptance Llc,
               Po Box 2036,   Warren, MI 48090-2036
17517965     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 01 2012 03:09:58
               Asset Acceptance, LLC assignee MARYLAND NB,   PO Box 2036,   Warren, MI 48090-2036
17618378      E-mail/Text: resurgentbknotifications@resurgent.com Feb 01 2012 03:09:04      B-Line, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
17229473     +E-mail/Text: cms-bk@cms-collect.com Feb 01 2012 03:11:35      Capital Management Services, LP,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17229472     ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 02, 2012**          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: vwalker              Page 2 of 2              Date Rcvd: Jan 31, 2012
                              Form ID: pdf006            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Joseph P Doyle    on behalf of Debtor Najat Joseph joe@fightbills.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                 TOTAL: 3