**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-19063-SPS |
| | § | |
| NAJAT B. JOSEPH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,990.00 | | Assets Exempt: | $6,995.00 |
| Total Distributions to Claimants: | $3,038.96 | | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,061.04 | | | |

3)       Total gross receipts of $4,100.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,100.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,061.04 | $1,061.04 | $1,061.04 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $58,347.00 | $56,544.99 | $56,544.99 | $3,038.96 |
| **Total Disbursements** | $58,347.00 | $57,606.03 | $57,606.03 | $4,100.00 |

4). This case was originally filed under chapter 7 on 05/04/2011. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2012                    By:   /s/ David P. Leibowitz
                                             Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Automobile - 2005 Toyota Sienna with 59,663 in mileage - Current/Reaffirm - Full Coverage Auto Insurance - CarMax Value is $10,500.00 | 1129-000 | $4,100.00 |
| **TOTAL GROSS RECEIPTS** | | $4,100.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,025.00 | $1,025.00 | $1,025.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $22.38 | $22.38 | $22.38 |
| Green Bank | 2600-000 | NA | $13.66 | $13.66 | $13.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,061.04 | $1,061.04 | $1,061.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance, LLC assignee MARYLAND NB | 7100-000 | $23,796.00 | $23,796.31 | $23,796.31 | $1,278.91 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $20,637.00 | $20,637.73 | $20,637.73 | $1,109.16 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | B-Line, LLC | 7100-000 | $13,914.00 | $12,110.95 | $12,110.95 | $650.89 |
| | Asset Acceptance Llc | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Capital Management Services, LP | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Capital One | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Pnc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Rory Clark | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $58,347.00 | $56,544.99 | $56,544.99 | $3,038.96 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 11-19063-SPS | |
| **Case Name:** | JOSEPH, NAJAT B. | |
| **For the Period Ending:** | 6/12/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 05/04/2011 (f) |
| **§341(a) Meeting Date:** | 06/21/2011 |
| **Claims Bar Date:** | 09/26/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Checking account with Bank of America | $140.00 | $140.00 | DA | $0.00 | FA |
| 2 | Miscellaneous used household goods and furnishings | $495.00 | $495.00 | DA | $0.00 | FA |
| 3 | Books, Pictures, and CD's | $85.00 | $85.00 | DA | $0.00 | FA |
| 4 | Wearing Apparel | $695.00 | $100.00 | DA | $0.00 | FA |
| 5 | Miscellaneous Costume Jewelry | $70.00 | $70.00 | DA | $0.00 | FA |
| 6 | 2010 Tax Refund of $7,854.00 has been received February 2011 and spent on ordinary and necessary living expenses. | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | Automobile - 2005 Toyota Sienna with 59,663 in mileage - Current/Reaffirm - Full Coverage Auto Insurance - CarMax Value is $10,500.00 | $10,500.00 | $4,100.00 | DA | $4,100.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $11,985.00 | $4,990.00 | | | $4,100.00 | $0.00 |

**Major Activities affecting case closing:**
Trustee's Final Report Completed for Trustee's review.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2012 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 11-19063-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JOSEPH, NAJAT B. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9396 | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/09/2011 | (7) | Najat Joseph | | 1129-000 | $800.00 | | $800.00 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.91 | $799.09 |
| 09/12/2011 | (7) | Najat Joseph | | 1129-000 | $800.00 | | $1,599.09 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.16 | $1,596.93 |
| 10/05/2011 | (7) | Najat Joseph | | 1129-000 | $800.00 | | $2,396.93 |
| 10/21/2011 | (7) | Najat Joseph | | 1129-000 | $1,700.00 | | $4,096.93 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.20 | $4,092.73 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.39 | $4,086.34 |
| 02/09/2012 | 1001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $22.38 | $4,063.96 |
| 02/09/2012 | 1002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,025.00 | $3,038.96 |
| 02/09/2012 | 1003 | Asset Acceptance, LLC assignee MARYLAND NB | Claim #: 1; Amount Claimed: 23,796.31; Amount Allowed: 23,796.31; Distribution Dividend: 5.37; | 7100-000 | | $1,278.91 | $1,760.05 |
| 02/09/2012 | 1004 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 20,637.73; Amount Allowed: 20,637.73; Distribution Dividend: 5.37; | 7100-900 | | $1,109.16 | $650.89 |
| 02/09/2012 | 1005 | B-Line, LLC | Claim #: 3; Amount Claimed: 12,110.95; Amount Allowed: 12,110.95; Distribution Dividend: 5.37; | 7100-000 | | $650.89 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | TOTALS: | | | $4,100.00 | $4,100.00 | $0.00 |
| | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
| | | Subtotal | | | $4,100.00 | $4,100.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $4,100.00 | $4,100.00 | |

| For the period of 5/4/2011 to 6/12/2012 | | For the entire history of the account between 08/09/2011 to 6/12/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,100.00 | Total Compensable Receipts: | $4,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,100.00 | Total Comp/Non Comp Receipts: | $4,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,100.00 | Total Compensable Disbursements: | $4,100.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,100.00 | Total Comp/Non Comp Disbursements: | $4,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 11-19063   Doc 27   Filed 07/16/12   Entered 07/16/12 09:34:17   Desc Main

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 7 of 7          Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No. | | 11-19063-SPS | | Trustee Name: | | David Leibowitz | |
| Case Name: | | JOSEPH, NAJAT B. | | Bank Name: | | Green Bank | |
| Primary Taxpayer ID #: | | ******9396 | | Checking Acct #: | | ******6301 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | | |
| For Period Beginning: | | 5/4/2011 | | Blanket bond (per case limit): | | $5,000,000.00 | |
| For Period Ending: | | 6/12/2012 | | Separate bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,100.00 | $4,100.00 | $0.00 |

**For the period of 5/4/2011 to 6/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/04/2011 to 6/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |